(92 Misc. Rep. 417)

### TIEDEMANN v. TIEDEMANN.

(Supreme Court, Special Term, New York County. November 9, 1915.)

DIVORCE ⟨⟩331—ACTIONS ON FOREIGN JUDGMENTS—RELIEF OBTAINABLE.

Under the Nevada laws providing for community property, a Nevada decree of divorce, requiring the defendant to account for all community property of plaintiff and defendant, fixed the status of the parties, and in an action in New York on such judgment entitled plaintiff to a decree requiring defendant to so account, since, where a judgment establishes a debt or other obligation against a party, the record is available in other jurisdictions as a foundation for a judgment there.

[Ed. Note.—For other cases, see Divorce, Cent. Dig. §§ 841, 842; Dec. Dig. ⟨⟩331.]

Action by Gertrude E. Tiedemann against Rudolph Ernest Tiedemann. Judgment for plaintiff.

See, also, 154 N. Y. Supp. 1147, and 156 N. Y. Supp. 109.

House, Grossman & Vorhaus, of New York City, for plaintiff.
Rockwood & Haldane, of New York City, for defendant.

NEWBURGER, J. Plaintiff seeks to recover upon a decree of a Nevada court the sum of $4,539.10, principal and interest, conceded by defendant to be unpaid. The question of jurisdiction has been determined both by the Supreme Court of Nevada and our own court. See Tiedemann v. Tiedemann, 35 Nev. 259, 129 Pac. 313, and 36 Nev. 494, 137 Pac. 824; opinion of Mr. Justice Erlanger, 156 N. Y. Supp. 109, affirmed by the Appellate Division June 26, 1915, 154 N. Y. Supp. 1147. Therefore the plaintiff is entitled to recover the amount awarded under the decree, but I am asked to compel the defendant to account "as to all community property belonging to the plaintiff and defendant, wherever situated."

It has been repeatedly held in this state that "as to all judgments, if they once and for all establish a debt or other obligation against a party, the record is available in other jurisdictions as a foundation for a judgment there." See France v. France, 79 App. Div. 291, 79 N. Y. Supp. 579, and cases therein cited. The laws of Nevada, providing for community interest, and the decree, providing that defendant account for all community property belonging to plaintiff and

defendant, wherever situated, fix the status of the parties, and plaintiff is entitled to a decree as prayed for.

Settle findings and decree on notice. Defendant may have a stay of 10 days and 30 days to make a case.